UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CASE NO. 1:17-cv-00506-TSB

KAYLA REED, an individual,

    Plaintiff,

v.

SUNGLASS HUT TRADING, LLC,

    Defendant.

### SUNGLASS HUT'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sunglass Hut Trading, LLC, discloses that it is a wholly-owned subsidiary of Luxottica U.S. Holdings Corp. Luxottica U.S. Holdings Corp. in turn, is wholly-owned by Luxottica Group S.P.A., which is publicly traded. No other publicly held company owns more than 10% of the stock of either Sunglass Hut Trading, LLC or Luxottica U.S. Holdings Corp. Sunglass Hut Trading, LLC is not aware of any other publicly owned company, not a party to this case, that has a financial interest in the outcome of this matter.

Dated: August 21, 2017

Respectfully submitted,

s/ *Andrew Barber*
Andrew Barber (OH #0091160)
Morgan, Lewis & Bockius LLP
One Oxford Centre – Thirty Second Floor
Pittsburgh, PA  15219
Phone:  412.560.7449
Fax:     412.560.3300
Andrew.Barber@morganlewis.com

*Trial Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Andrew Barber*
Andrew Barber

## SERVICE LIST

Emily White
Marc E. Dann
Brian Flick
DannLaw
P.O. Box 6031040
Cleveland, OH 44103
T: 216.373.0539
F: 216.373.0536
Email: notices@dannlaw.com

*Counsel for Plaintiff*