# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CASE NO. 1:17-cv-00506-TSB

KAYLA REED, an individual,

    Plaintiff,

v.

SUNGLASS HUT TRADING, LLC,

    Defendant.

## STIPULATION PURSUANT TO LOCAL RULE 6.1

AND NOW, this 21st day of August, 2017, the parties hereby stipulate that Defendant shall have an extension of 21 days from the original response deadline to respond to Plaintiff's Complaint. The new date deadline for Defendant to respond to Plaintiff's Complaint is September 8, 2017. The parties have not filed any prior stipulations in this case.

Dated: August 21, 2017

Respectfully submitted,

s/ *Andrew Barber*
Andrew Barber (OH #0091160)
Morgan, Lewis & Bockius LLP
One Oxford Centre – Thirty Second Floor
Pittsburgh, PA 15219
Phone: 412.560.7449
Fax: 412.560.3300
Andrew.Barber@morganlewis.com

*Trial Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Andrew Barber*
Andrew Barber

## SERVICE LIST

Emily White
Marc E. Dann
Brian Flick
DannLaw
P.O. Box 6031040
Cleveland, OH 44103
T: 216.373.0539
F: 216.373.0536
Email: notices@dannlaw.com

*Counsel for Plaintiff*