IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAYLA REED, an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-0506 |
| | : | |
| SUNGLASS HUT TRADING, LLC, | : | |
| | : | |
| Defendant. | : | Judge Timothy S. Black |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.3, Defendant Sunglass Hut Trading, LLC ("Defendant" or "Sunglass Hut"), with the consent of Plaintiff, Kayla Reed ("Plaintiff") (together, the "Parties") respectfully requests that the Court approve Defendant's Unopposed Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint.  Prior to submitting this Motion, Defendant conferred with Plaintiff and provided her with a copy of the Motion.  A previous extension was granted by Unopposed Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint and Supporting Memorandum (see ECF No. 31) on September 6, 2017, extending the original deadline of September 8 to September 29, 2017.

The Parties have mutually agreed to an additional extension of two weeks for Sunglass Hut to move, answer or otherwise respond to Plaintiff's Complaint.  The new deadline is October 13, 2017.

WHEREFORE, Sunglass Hut respectfully requests that the Court grant its Unopposed Motion and extend Sunglass Hut's time to move, answer, or otherwise respond to the Complaint to October 13, 2017.

DB1/ 93772673.1

2

Dated:  September 26, 2017　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/  *Andrew Barber*
　　　　　　　　　　　　　　　　　　　Andrew Barber (OH #0091160)
　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　One Oxford Centre, 32nd Floor
　　　　　　　　　　　　　　　　　　　301 Grant Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　PH:  412.560.7449
　　　　　　　　　　　　　　　　　　　FX:  412.560.7001
　　　　　　　　　　　　　　　　　　　andrew.barber@morganlewis.com

　　　　　　　　　　　　　　　　　　　*Trial Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, I filed the foregoing document via the court's CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

> Emily White
> Marc E. Dann
> Brian Flick
> DANNLAW
> PO Box 6031040
> Cleveland, OH  44103
> notices@dannlaw.com
>
> *Counsel for Plaintiff*
>
> s/ *Andrew Barber*
> Andrew Barber

DB1/ 93772673.1