**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| KAYLA REED, an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-0506 |
| | : | |
| SUNGLASS HUT TRADING, LLC, | : | |
| | : | |
| Defendant. | : | Judge Timothy S. Black |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayla Reed and Defendant Sunglass Hut Trading, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| Kayla Reed | Sunglass Hut Trading, LLC |
|---|---|
| */s/* Emily White | */s/ Andrew Barber* |
| Emily White | Andrew Barber (OH #0091160) |
| Marc E. Dann | Morgan, Lewis & Bockius LLP |
| Brian Flick | One Oxford Centre – Thirty Second Floor |
| DANNLAW | Pittsburgh, PA  15219 |
| PO Box 6031040 | Phone:  412.560.7449 |
| Cleveland, OH  44103 | Fax:     412.560.3300 |
| notices@dannlaw.com | Andrew.Barber@morganlewis.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: October 20, 2017 | Dated:  October 20, 2017 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

Emily White
Marc E. Dann
Brian Flick
DANNLAW
PO Box 6031040
Cleveland, OH  44103
notices@dannlaw.com

*Counsel for Plaintiff*

s/ *Andrew Barber*
Andrew Barber